UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA GODINEZ and OMAR GODINEZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BAYOR CORP., an Indiana corporation, et al.,<br><br>　　　　　Defendants. | No.  1:16-cv-01079-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE PLAINTIFF MARISELA GODINEZ<br><br>(Doc. Nos. 7 and 8) |

　　　　On October 17, 2016, plaintiff Marisela Godinez filed a notice of voluntary dismissal without prejudice of all claims against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. Nos. 7 and 8.)  Defendants have not filed a responsive pleading in this action.  In light of this, all claims by plaintiff Marisela Godinez against all defendants have terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and have been dismissed without prejudice.  Accordingly, the court directs the Clerk of Court to terminate plaintiff Marisela Godinez from this action.  Only the claims brought by plaintiff Omar Godinez remain.

IT IS SO ORDERED.

　　Dated:   **October 19, 2016**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1