UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR GODINEZ,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BAYOR CORP., an Indiana corporation, et al.,<br><br>　　　　　　Defendants. | No. 1:16-cv-01079-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 10) |

On November 3, 2016, plaintiff Omar Godinez filed a notice of voluntary dismissal without prejudice of all claims against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 10.) Defendants have not filed a responsive pleading in this action. In light of this, all claims by plaintiff Omar Godinez against all defendants have terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and have been dismissed without prejudice. Accordingly, the court directs the Clerk of Court to terminate plaintiff Omar Godinez and close the case.

IT IS SO ORDERED.

　　Dated: **November 4, 2016**

　　　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1